```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE

MICHELLE L. PAGE,                    )
                                     )
      Plaintiff,                     )
                                     )
      v.                             )    Civil No. 05-027-B
                                     )
JO ANNE B. BARNHART, Commissioner,   )
 Social Security Administration,     )
                                     )
      Defendant.                     )
_____)
```

ORDER RE:STIPULATION

Whereas the parties desire to resolve the matter of entitlement to attorney's fees and costs without further time and expense, the plaintiff, Michelle L. Page, and the defendant, the Commissioner of Social Security Administration, by their respective counsel of record, hereby stipulate and agree as follows:

That the payment of Three Thousand Five Hundred Dollars ($3,500.00) by the United States Social Security Administration provides for full settlement in satisfaction of all costs and any and all claims for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

```
                              Respectfully submitted,

FOR THE PLAINTIFF:            FOR THE DEFENDANT:

                              THOMAS P. COLANTUONO
                              United States Attorney



By: /s/ Francis Jackson       By: /s/ David L. Broderick
Francis Jackson, Esquire      David L. Broderick, AUSA
Maine Bar No. 0045            NH Bar No. 0123
85 India Street               53 Pleasant Street
P.O. Box 17713                Concord, NH   03301
Portland, ME  04112-8713      (603) 225-1552
(207) 772-9000

Dated: June 23, 2005          Dated: June 23, 2005
```

DONE and ORDERED at Concord, New Hampshire, this **28th** day of **June**, 2005.

```
                              /s/ Paul Barbadoro
                              U.S. District Court Judge
```